JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> HIDDEN VALLEY COMPANIES, INC., et al., <br><br> Defendants. | Case No. CV 15-2332-GW(PJWx) <br><br> **ORDER TO DISMISS** |

Based upon the Notice of Dismissal, filed on March 10, 2016, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: March 11, 2016　　　　　　　BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE